**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YADWINDER SINGH,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, California City Correctional Center; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Case No.: 1:26-cv-00617-JLT-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 1, 12) |

Petitioner Yadwinder Singh is an immigration detainee formerly in U.S. Immigration Customs and Enforcement (ICE) custody at the California City Detention Facility in California City, California, proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1, "Petition.").

On January 25, 2026, Petitioner filed a motion for a temporary restraining order ("TRO"). (Doc. 2.) On February 5, 2026, the district judge converted the TRO to a motion for preliminary

injunction, granted the motion, ordered Petitioner's immediate release, and referred the matter to the assigned magistrate judge for consideration of the merits. (Doc. 13.)

On August 3, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus for the same reasons the district judge found Petitioner was likely to succeed on the merits of his claim (Doc. 11), and to convert the preliminary injunction into a permanent injunction implementing the writ, which shall remain in effect. (Doc. 12.) The findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 24, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). No objections have been filed, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on August 3, 2026 (Doc. 12) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED.**
3. The Clerk of Court is directed to terminate all pending deadlines/motions and close this case.

IT IS SO ORDERED.

Dated: _August 20, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE